## 65247. SIMPSON v. THE STATE.

POPE, Judge.

The sole enumeration of error raised in this appeal has been decided adversely to appellant in *Simpson v. State,* 159 Ga. App. 235 (283 SE2d 91) (1981). Therefore, the judgment of the trial court is affirmed.

*Judgment affirmed. Deen, P. J., and Sognier, J., concur.*

DECIDED FEBRUARY 22, 1983.

*Stephen A. Kermish,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin*

*H. Oehlert III, Assistant District Attorneys,* for appellee.